## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

GUY FRANKLIN RANDALL,    )
    )
    Plaintiff,    )
    )
vs.    )  Case No.  CIV-03–727-F
    )
BOARD OF COUNTY    )
COMMISSIONERS OF THE    )
COUNTY OF STEPHENS, et al.,    )
CURTIS WAYNE TURNER, JAILER,  )
RON BRENTLEY, JAILER, MIKE    )
JONES, JAILER/DEPUTY, JOSH    )
SEELY, JAILER/DEPUTY, ROGER    )
MALLORY and LARRY OYSTER,    )
JAIL ADMINISTRATORS, WILLIAM  )
L. CORPORON, M.D., SHERIFF    )
RONALD HUNTER, and SHERIFF    )
JIMMIE BRUNER, ALL OTHER    )
DEFENDANTS BEING SUED IN    )
THEIR INDIVIDUAL AND OFFICIAL )
CAPACITIES,    )
    )
    Defendants.    )

## ORDER

This matter comes before the court on plaintiff's "Response and Objection to Supplemental Report and Recommendation," filed May 16, 2005 (docket entry no. 188), in response to Magistrate Judge Valerie K. Couch's Supplemental Report and Recommendation of April 26, 2005 (docket entry no. 187).

Plaintiff, who appears *pro se* and whose pleadings are therefore liberally construed, objects broadly to the magistrate judge's conclusion that each of the various defendants' motions for summary judgment should be granted.

-2-

Having conducted *de novo* review of all matters addressed in the Supplemental Report and Recommendation as required by 28 U.S.C. § 636(b)(1), the court finds that no purpose would be served by restating the magistrate judge's analysis or the particulars of her proposed findings and rulings here.  The court further finds that the Supplemental Report and Recommendation should be, and hereby is, **ACCEPTED** and **ADOPTED** in its entirety.  Summary judgment is **GRANTED** to each of the defendants in this action for the reasons set out in the Supplemental Report and Recommendation.

Dated this 18th day of May, 2005.

_____

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

03-0727p003(pub).wpd